MUNICIPAL TESTING LABORATORY, INC., Respondent, v ALEK-SANDR BROM et al., Appellants.

Submitted April 30, 2007; decided June 7, 2007

Motion to dismiss the appeal herein granted and appeal dismissed, with $400 costs and $100 costs of motion, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DUANE J. CHARACHE, Appellant.

Submitted May 7, 2007; decided June 7, 2007

Motion to expand the record granted on consent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL RAWLINS, Appellant.

Submitted June 4, 2007; decided June 7, 2007

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERIC CARPENTER, Appellant, v MICHAEL CORCORAN, Respondent.

Submitted April 9, 2007; decided June 7, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.